COLLOTON, Circuit Judge,
concurring.
I concur in the opinion of the court, with a brief clarification concerning footnote 2. I agree that the facts that Straw had children and had been in a long-term relationship with a man “do not preclude a jury from finding that Straw was motivated by some degree of sexual desire towards Pedroza,” ante, at 1069 n. 2, but I think it is an overstatement to say that “[tjhese facts tend to prove only that Straw was not strictly homosexual.” Id. A long-term heterosexual relationship is relevant to whether Straw acted out of homosexual desire — that is, it has a “tendency” to make the existence of homosexual desire less probable than if, say, Straw had been in a long-term homosexual relationship, see Fed.R.Evid. 401 — but it is by no means conclusive on the point. I thus agree that Cintas’s argument in favor of summary judgment on this basis should be rejected.